FILED

03/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0560

IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No. DA 23-0560

LAURA MARIE OBERT,

Plaintiff and Appellant,

v.

STATE OF MONTANA, and CORY
SWANSON, Broadwater County Attorney,

Defendants and Appellees,

and

MARTIN LAMBERT,

Defendant.

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Appellee State of Montana's Unopposed Motion for Extension

of Time to file its response brief and good cause shown,

IT IS HEREBY ORDERED that Appellee State of Montana's Motion is

GRANTED.  Appellee's response brief will be due on or before April 2, 2024.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 1 2024